

November 16, 2022

**FILED ELECTRONICALLY VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

        Re:    <u>**Benchmark Investments, LLC v. Borgerson et. al. 22-cv-07715**</u>

Dear District Judge Engelmayer:

    I am counsel for Plaintiff in the above referenced action. I am writing pursuant to Section 6 of the Electronic Case Filing Rules and Instructions to request permission for Plaintiff to file under seal a letter-motion requesting an extension of time to extend the December 2, 2022 date to file an amended complaint or opposition to Defendant's motion to dismiss. (*See* Dkt No. 22, the November 15, 2022 Order.) The reason for this request is that the letter-motion will contain sensitive information concerning the undersigned, which will provide the basis for the extension request.

                                  Respectfully submitted,

                                By:      /s/ *Ryan J. Whalen*
                                        Ryan J. Whalen
                                        Deputy General Counsel

                                        EF HUTTON, division of
                                        BENCHMARK INVESTMENTS, LLC
                                        590 Madison Avenue, 39th Floor
                                        New York, New York 10022
                                        212-970-5181
                                        rwhalen@efhuttongroup.com

Plaintiff's counsel is directed to send the letter requesting an extension of time to EngelmayerNYSDchambers@nysd.uscourts.gov, copying opposing counsel. Plaintiff's counsel need not file the letter on the docket. Upon receipt of the letter, the Court will determine whether it is properly filed under seal. SO ORDERED.

Date: November 17, 2022                             *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge