UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENCHMARK INVESTMENTS, LLC,

                        Plaintiff,

-v-

HARRYMAX CONSULTANTS, LLC and BRETT BORGERSON,

                        Defendants.

22 Civ. 7715 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On November 16, 2022, plaintiff moved to seal a letter-motion requesting an extension of time to file an amended complaint or opposition to defendants' motion to dismiss. Dkt. 24. On November 17, 2022, the Court ordered plaintiff's counsel to submit, and plaintiff's counsel emailed, a letter stating the basis for the request for an extension of time and the basis for sealing the letter. Dkt. 25. Upon review of the emailed letter, and in accordance with the Court's Individual Rules and Practices for sealed filings, the Court approves plaintiff's request to seal the letter-motion and directs plaintiff's counsel to file, by November 18, 2022, the letter-motion under seal.

    SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: November 17, 2022
         New York, New York